# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        JOSE & LUZ PEREZ            : CHAPTER 13
:
:
            DEBTORS                : BANKRUPTCY NO. 20-10974

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to June 19, 2020 at 11:00 A.M. The Meeting will be held telephonically.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 6/15/20                BY:  /Zachary Perlick/
                    Zachary Perlick, Esquire
                    1420 Walnut Street, Suite 718
                    Philadelphia, PA  19102
                    (215) 569-2922