**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOSE & LUZ PEREZ | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 20-10974ELF |

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed a Motion to Avoid Lien of Judgment Creditor, Albert Einstein Medical Center, with the Clerk of the United States Bankruptcy Court on June 24, 2020 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter The Order accompanying said application.

BY:  /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19107
(215) 569-2922