United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jose L. Perez
Luz M. Perez
    Debtors

Case No. 20-10974-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Aug 04, 2020
    Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
db/jdb    +Jose L. Perez,   Luz M. Perez,   419 Sentner Street,   Philadelphia, PA 19120-1632
14469025    +Albert Einstein Medical Center,   c/o Tabas & Rosen, P.C.,   1601 Market Street,
     Philadelphia, PA 19103-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: megan.harper@phila.gov Aug 05 2020 04:08:24    City of Philadelphia,
    City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
    Philadelphia, PA 19102-1595
smg    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2020 04:08:13
    Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
    Harrisburg, PA 17128-0946
smg    +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2020 04:08:21    U.S. Attorney Office,
    c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
    TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14510699*    +Albert Einstein Medical Center,   c/o Tabas & Rosen, P.C.,   1601 Market Street,
     Philadelphia, PA 19103-2301
    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
    REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
     bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
    ZACHARY PERLICK    on behalf of Debtor Jose L. Perez Perlick@verizon.net, pireland1@verizon.net
    ZACHARY PERLICK    on behalf of Joint Debtor Luz M. Perez Perlick@verizon.net,
     pireland1@verizon.net
    TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSE & LUZ PEREZ : Chapter
:
Debtor : Bky. No. 20-10974ELF

# O R D E R

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Albert Einstein Medical Center ("the Respondent") in personal property and/or real property of the Debtor located at **419 Sentner Street, Philadelphia, PA 19120.**

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at **Court of Common Pleas, Docket #200100361** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:** 8/4/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**