```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                               9/9/2020


To:  ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

                              In re: Jose and Luz Perez
                              Bankruptcy No.  20-10974-elf
                              Adversary No.
                              Chapter 13

        Re:  Application for Compensation
The above pleading was filed in this office on 7/29/2020.  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

              ()    Affidavit
              ()    Certificate of Service
              (xx)  Certification of no response
              ()    Notice pursuant to Rule 9019
              ()    Notice pursuant to Rule 2002
              ()    Notice pursuant to Rule 3007.1
              ()    Proof of Claim number not noted on
                       objection pursuant to Rule 3007.1(a)
              ()    Proposed Order
              ()    Stipulation
              ()    Certification of Default
              ()    Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                              Timothy B. McGrath
                              Clerk



                         By:  _____C. Wagner_____
                                    Deputy Clerk

status.frm
(rev. 11/26/2018)
```