United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-10974-elf

Jose L. Perez                                                                   Chapter 13

Luz M. Perez

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Perez, Luz M. Perez, 419 Sentner Street, Philadelphia, PA 19120-1632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Luz M. Perez, 419 Sentner Street, Philadelphia, PA 19120-1632 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                      Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2

User: ChrissyW

Page 2 of 2

Date Rcvd: Oct 23, 2020

Form ID: pdf900

Total Noticed: 1

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

ZACHARY PERLICK

on behalf of Debtor Jose L. Perez Perlick@verizon.net  pireland1@verizon.net

ZACHARY PERLICK

on behalf of Joint Debtor Luz M. Perez Perlick@verizon.net  pireland1@verizon.net

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------x
In re                                 :
                                      :          Chapter 13
    JOSE & LUZ PEREZ                   :
                                      :          Bankruptcy No. 20-10974
                        Debtors.       :
                                      :
-------------------------------------------------x

## STIPULATION RESOLVING DEBTORS' INFORMAL OBJECTION TO THE CITY OF PHILADELPHIA'S PROOF OF CLAIM #8-1

Jose and Luz Perez (the "Debtors") and the City of Philadelphia (the "City") in order to resolve the Debtors' objection to the City's Proof of Claim #8-1 in the above-captioned case hereby enter into this Stipulation Resolving Debtor's Informal Objection to the City of Philadelphia's Proof of Claim #8-1 (the "Stipulation").

WHEREAS, the Debtors commenced the above-captioned bankruptcy case on February 18, 2020.

WHEREAS, on August 12, 2020, the City filed a proof of claim in the amount of $19,261.43 owed by the Debtor to the City of which $16,583 is a secured claim for judgments and $483.11 is a priority tax claim. (the "Claim").

WHEREAS, prior to the bankruptcy filing, the City obtained three code enforcement judgments ("CE Judgments") against the Debtor which are described as follows:

| Docket Number | Date | Amount |
|---|---|---|
| CE-11-12-73-0202 | 1/25/2012 | $5100 |
| CE-11-12-73-0943 | 2/9/2012 | $5100 |

1

| CE-17-09-73-0304 | 1/3/2018 | $5,027 |
| Total | | $15,227 |

WHEREAS, the Debtors having asserted an informal objection to the Claim. ("Objection").

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtors and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to amicably resolve the Objection.

2. The portion of the Claim that relates to CE Judgments shall be adjusted to an allowed secured claim in the amounts described below:

| Docket Number | Reduced Payment Amount |
| --- | --- |
| CE-11-12-73-0202 | $600 |
| CE-11-12-73-0943 | $600 |
| CE-17-09-73-0304 | $527 |
| Total | $1,727 |

3. The rest of the City's proof of claim remains an allowed claim.

4. The City's priority tax was eliminated as a result of the Debtor Jose Perez's recently filed business tax returns. The City's general unsecured claim was reduced to $103.98 as a result of Debtor, Luz M. Perez's recently filed business tax returns.

2

5.      Within twenty (20) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustments reflected above in paragraphs 2 & 4.

6.      Within twenty (20) days of the City amending its Claim, the Debtors shall amend their Plan to provide for full payment of the Claim together with post-petition interest on the reduced judgment portion of the Claim.

7.      The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to one under Chapter 7.

Respectfully submitted,

Date: 10/20/20

Zachary Perlick, Esquire
1420 Walnut Street, Ste 718
Philadelphia, PA 19102
Attorney for Debtors Jose & Luz Perez

Date: 10/22/20

Pamela Elchert Thurmond, Esquire
1401 John F. Kennedy Blvd., Room 580
Philadelphia, PA 19102
Deputy City Solicitor
Attorney for the City of Philadelphia


AND NOW, this 23rd day of ___October___, 2020, upon consideration of the Stipulation between Jose & Luz Perez and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE