IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                            :
                                                 :    Chapter 13
        JOSE L. PEREZ &                          :
        LUZ M. PEREZ,                            :
                                                 :    Bankruptcy No. 20-10974 (ELF)
                    Debtor(s).                   :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #40 filed by the City of Philadelphia on August 25, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 26, 2020          By:    */s/ Pamela Elchert Thurmond*
                                        PAMELA ELCHERT THURMOND
                                        Deputy City Solicitor
                                        PA Attorney I.D. 202054
                                        City of Philadelphia Law Department
                                        1401 JFK Blvd., 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0508 (phone)
                                        215-686-0588 (facsimile)
                                        Email: Pamela.Thurmond@phila.gov