Certificate Number: 15317-PAE-DE-037699846

Bankruptcy Case Number: 20-10974



15317-PAE-DE-037699846

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2023, at 12:37 o'clock PM PDT, Jose L Perez completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 22, 2023           By:    /s/Jerry Fajardo

                                 Name:  Jerry Fajardo

                                 Title: Counselor