United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10974-pmm |
| Jose L. Perez | Chapter 13 |
| Luz M. Perez | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Perez, Luz M. Perez, 419 Sentner Street, Philadelphia, PA 19120-1632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

**Name**                      **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF
    on behalf of Creditor Nationstar Mortgage LLC  logsecf@logs.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 10, 2024 | Form ID: 195 | Total Noticed: 1

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
   on behalf of Debtor Jose L. Perez Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
   on behalf of Joint Debtor Luz M. Perez Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Jose L. Perez and Luz M. Perez                      : Case No. 20−10974−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , April 10, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

84
Form 195